## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALICIA CORA PITTMAN | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor. | ) | Case No. 10-04459 |
| | ) | |
| | ) | Hearing: May 13, 2010 at 10:00 a.m. |
| | ) | |

## NOTICE OF MOTION

To:    See attached service list

PLEASE TAKE NOTICE that on **Thursday, May 13, 2010 at 10:00 a.m.**, the undersigned will appear before the Honorable Judge Carol A. Doyle, Bankruptcy Judge, in Courtroom 742, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present the Debtors' **DEBTOR'S MOTION TO EXTEND THE TIME BEFORE THE CASE IS CLOSED**, a copy of which is enclosed herewith and served upon you.


                                                    /s/ Michael V. Ohlman

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, email and/or US Mail, as indicated on the list, on **May 4, 2010,** before the hour of 5 p.m.


                                                    /s/ Michael V. Ohlman

1

## SERVICE LIST

**Via U.S. Mail**
**Ms. Alicia Cora Pittman**
8131 S. Campbell
Chicago, IL 60652

**Via CM/ECF**
*US Trustee*
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**Via CM/ECF and E-Mail**

**Mr. Norman B Newman**
Much Shelist Freed Denenberg
191 North Wacker Drive Ste 1800
Chicago, IL 60601
nnewman@muchshelist.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALICIA CORA PITTMAN | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor. | ) | Case No. 10-04459 |
| | ) | |
| | ) | Hearing: May 13, 2010 at 10:00 a.m. |
| | ) | |

## **DEBTOR'S MOTION TO EXTEND THE TIME BEFORE THE CASE IS CLOSED**

NOW COMES, ALICIA CORA PITTMAN, (hereinafter, "Debtor") and respectfully moves this Honorable Court to Extend the Time to Close Case No. 10-04599 until 21 days after a final order and decree is rendered and the appeals period is concluded in adversary proceeding *Pittman v. Chase Manhattan Mortgage et. al.* 10-1064 . In support the Debtor states as follows:

1) The Debtor is an individual that filed for relief pursuant to chapter 7 of Title 11 of the United States Code on February 5, 2010.

2) On March 19, 2010, the Chapter 7 Trustee filed his "No Asset Report". (See Dkt. No. 13)

3) The Debtor is the owner of real estate commonly known as 8131 South Campbell, Ave., Chicago, Illinois (hereinafter, "Property"). The Debtor seeks to retain possession of the Property.

4)  On April 30, 2010 the Debtor filed a complaint to determine the extent, validity and priority of two alleged mortgages securing the property. (See Dkt. No. 1 in the case captioned 10 A 1064).

5) The aforementioned complaint arises from allegations made by two separate mortgage lenders both asserting a first priority mortgage over the Debtor's home. The

1

circumstances surrounding the adversary proceeding arose through no fault of the Debtor but instead the Debtor found herself in this crisis when she refinanced her home and the title company entrusted with the "pay-off funds" did not remit the money to the original mortgagor.

6) Since the Debtor wishes to retain possession of her property, it is necessary for her to enter into a reaffirmation agreement with the proper mortgagor before the case is closed. (See 11 U.S.C. § 524(c)).

7) The Debtor cannot enter into a reaffirmation agreement to save her home because the Debtor is unaware of the proper mortgagor.

8) Once the Court enters a final order and decree in the Adversary 10 A 1064, the Debtor fully intends on entering into a reaffirmation agreement with the proper mortgagor.

WHEREFORE, the Debtor, Alicia Cora Pittman, respectfully requests that bankruptcy case No. 10-04459 remain open until 21 days after the adversary proceeding *Pittman v. Chase Manhattan Mortgage et. al.* 10-1064 is concluded and the appellate time period has run and for any further relief as this Honorable Court deems just and equitable.

          Respectfully submitted,
          ALICIA PITTMAN

          By: /s/   Michael V. Ohlman _____
          One of her attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Philip Groben #6299914
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838