IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALICIA CORA PITTMAN | ) | Judge Carol A. Doyle |
| | ) | |
| Debtor. | ) | Case No. 10-04459 |
| | ) | |
| | ) | Hearing: May 13, 2010 at 10:00 a.m. |
| | ) | |

## ORDER

This matter coming before the Court on the Debtor's Motion to Extend the Time to Close Case No. 10-04599 until 21 days after a final order and decree is rendered and the appeals period is concluded in adversary proceeding *Pittman v. Chase Manhattan Mortgage et. al.* 10-1064, due notice given and the Court and parties being advised in the premises;

IT IS HEREBY ORDERED:

a) Case No. 10-04599 shall remain open until 21 days after a final order and decree is rendered and the appeals period is concluded in adversary proceeding *Pittman v. Chase Manhattan Mortgage et. al.* 10 A 1064.

Dated:					BY THE COURT


					_____
					The Honorable Carol A Doyle
					U.S. Bankruptcy Judge