## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ALICIA CORA PITTMAN ) | Judge Carol A. Doyle |
| ) | |
| Debtor. ) | Case No. 10-04459 |
| ) | |
| ) | Hearing: May 13, 2010 at 10:00 a.m. |
| ) | |

### ORDER *DELAYING DISCHARGE OF DEBTOR*

This matter coming before the Court on the Debtor's Motion to Extend the Time to Close Case No. 10-04599 until 21 days after a final order and decree is rendered and the appeals period is concluded in adversary proceeding *Pittman v. Chase Manhattan Mortgage et. al.* 10-1064, due notice given and the Court and parties being advised in the premises;

IT IS HEREBY ORDERED:

*Pursuant to B.R. 4004(c)(2),*

a) ~~Case No. 10-04599 shall remain open until 21 days after a final order and decree is rendered and the appeals period is concluded in adversary proceeding *Pittman v. Chase Manhattan Mortgage et. al.* 10 A 1064.~~ *The debtor shall not receive a discharge until after July 31, 2010.*

Dated: 5/13/10

BY THE COURT

_____
The Honorable Carol A. Doyle
U.S. Bankruptcy Judge