# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ALICIA CORA PITTMAN, | ) | Case No. 10 B 04459 |
| | ) | |
| Debtor(s). | ) | |

## ORDER FINDING PRESUMPTION OF HARDSHIP REBUTTED

This matter came before the court upon notification from the clerk's office that the reaffirmation agreement with Wells Fargo Financial Illinois, Inc. raised a presumption of undue hardship. The court having reviewed the reaffirmation agreement and the debtors' petition and schedules, IT IS HEREBY ORDERED:

The court finds that the reaffirmation agreement raises no presumption of undue hardship.

Date: May 14, 2010

ENTER:

_Carl G. Doyle_
United States Bankruptcy Judge